Rodolfo RUIZ–MONTES DE OCA, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 10–72832.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 10, 2012.*

Filed Sept. 17, 2012.

Rodolfo Ruiz–Montes De Oca, Carson, CA, pro se.

Sunah Lee, Trial, Oil, Cindy S. Ferrier, Senior Litigation Counsel, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Rodolfo Ruiz–Montes De Oca, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen. Our jurisdiction is governed by 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen. *Mohammed v. Gonzales*, 400 F.3d 785, 791 (9th Cir.2005). We deny in part and dismiss in part the petition for review.

Ruiz–Montes De Oca fails to raise, and therefore has waived, any challenge to the BIA's determination that reopening in response to his third motion to reopen is not warranted under *Delgado–Ortiz v. Holder*, 600 F.3d 1148 (9th Cir.2010). *See Martinez–Serrano v. INS*, 94 F.3d 1256, 1259–60 (9th Cir.1996) (issues that are not specifically raised and argued in a party's opening brief are waived).

We lack jurisdiction to review the BIA's March 16, 2007, order dismissing Ruiz–Montes De Oca's direct appeal of the immigration judge's decision because this petition for review is not timely as to that order. *See Singh v. INS*, 315 F.3d 1186, 1188 (9th Cir.2003).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.